Matter of Ledwell (2023 NY Slip Op 00364)

Matter of Ledwell

2023 NY Slip Op 00364

Decided on January 26, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 26, 2023

PM-07-23
[*1]In the Matter of Hilary Ruth Ledwell, an Attorney. (Attorney Registration No. 5585518.)

Calendar Date:January 23, 2023

Before:Egan, Jr., J.P., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ.

Hilary Ruth Ledwell, Washington, DC, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Hilary Ruth Ledwell was admitted to practice by this Court in 2018 and lists a business address in Washington, DC with the Office of Court Administration. Ledwell now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Ledwell's application.
Upon reading Ledwell's affidavit sworn to December 7, 2022 and filed December 12, 2022, and upon reading the January 18, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Ledwell is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan, Jr., J.P., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur.
ORDERED that Hilary Ruth Ledwell's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Hilary Ruth Ledwell's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Hilary Ruth Ledwell is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ledwell is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Hilary Ruth Ledwell shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.